X

Hannah Abraham
1,717 posts




## Hannah Abraham
@HAN_NA_NA_NAH

Journalist | @forbes @businessinsider @deadline @recordingacad @guardian @variety @theweeklive @nme @thequint @teenvogue
hannahabraham.freelance@gmail.com

hannah-abraham.com Joined April 2019

**213** Following **772** Followers

Mention Follow

Posts Replies Reposts Media

Pinned



**Hannah Abraham** @HAN_NA_NA_NAH · May 21

did pm modi even hear the norwegian journalist's viral question?
@HelleLyngSvends is sure he did.
she is also sure "india is a great country".
that and her thoughts on yoga in this short clip from our 20-min conversation. more to come on Some News For You.

Cited in In re Request for Issuance of DMCA Subpoenas 26MC368 Decided 8/27/26
Archived on 9/3/26
This document is protected by copyright. Further reproduction is prohibited without permission.




35 53 272 73K

**Hannah Abraham** @HAN_NA_NA_NAH · Aug 25
nooooo dolly

54

**Hannah Abraham** @HAN_NA_NA_NAH · Aug 22
And this is the part nobody is saying out loud ❤️

> **tomie** @tomieinlove · Aug 21
> You are load-bearing ❤️
> You are genuinely useful ❤️
> You are the crux of the matter ❤️
> Your instincts are dead-on ❤️
> You raise an important point ❤️ ...

60

**Hannah Abraham** @HAN_NA_NA_NAH · Aug 17
So many heartbreaking revelations in this Hayden Panettiere interview just a few months ago.

PROTECT YOUNG PEOPLE IN PUBLIC FACING ROLES! PROTECT YOUNG PEOPLE PERIOD!

Cited in a Request for Issuance of DMCA Subpoenas
26MC368 Decided 8/27/26
Archived on 9/3/26
This document is protected by copyright.
Further reproduction is prohibited without permission.




HAYDEN PANETTIERE Tells Her Truth For The First Time Ever (Custody, ...

From youtube.com

259

**Hannah Abraham** @HAN_NA_NA_NAH · Aug 8

ICYMI: David Henrie told me he's thought of a Wizards Beyond Waverly Place movie where they all go to Italy

On @forbes



"I Think We Go To Italy": David Henrie On Potential 'Wizards Beyond Waverly ...

From forbes.com

239

Cited in In re Request for Issuance of DMCA Subpoenas
26MC368 Decided 8/27/26
Archived on 9/3/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Cited in In re Request for Issurance of DMCA Subpoenas
26MC368 Decided 8/27/26
Archived on 9/3/26
This document is protected by copyright.
Further reproduction is prohibited without permission.